IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

RACHEL RAYANNE RODRIGUEZ,

     Defendant.

**4:14CR3037**

**ORDER**

  The defendant is dissatisfied with defense counsel. Defendant has moved for appointment of new counsel. The above-named defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. After conferring with the defendant,

  IT IS ORDERED:

1)   The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for standby counsel to assist the defendant and the court in determining whether new counsel should be appointed to represent the defendant in this case. The court requests appointment of an "A" panel attorney. The draft appointment order shall bear the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2)   Standby counsel shall enter an appearance promptly upon appointment. Defendant's appointed counsel shall provide all case materials for review by defendant's standby counsel.

3)   A hearing on the Defendant's motion, (filing no. 23), will be held before the undersigned on July 29, 2014 at 10:30 a.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant, defendant's current appointed counsel, defendant's standby counsel, and counsel for the government shall be present at the hearing.

4)   The clerk shall promptly provide a copy of this order to the Federal Public Defender.

5)   Due to the pending motion, the time between today's date and July 29, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the defendant needs additional time to adequately prepare the case, and a failure to grant additional time might result in a miscarriage of justice.   18 U.S.C. § 3161(h)(1)(D) and (h)(7)(A) & (B).

July 1, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge