IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  RACHEL RAYANNE RODRIGUEZ,  Defendant. | 4:14CR3037  **ORDER** |

IT IS ORDERED:

1) The motion of attorney John S. Berry to withdraw as counsel of record for defendant Rachel Rayanne Rodriguez, (filing no. 41), is granted.

2) The clerk shall delete John S. Berry from any future ECF notifications herein.

September 10, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge