IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RACHEL RAYANNE RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to redact (filing 39) is denied. However, the plea transcript shall be filed as a restricted document.

Dated September 17, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge